IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–2044. Clearfield Village Ltd. v. Fulton Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2003–J–874. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0431. State ex rel. Edwards v. Am. Bldg. Maintenance Co.**

Franklin App. No. 04AP–115, 2005-Ohio-357.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0156. State ex rel. Dixon v. Airborne Express.**

Franklin App. No. 04AP–155, 2004-Ohio-7195.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 15, 2005*

[Cite as *03/15/2005 Case Announcements*, 2005-Ohio-1108.]

## MISCELLANEOUS DISMISSALS

**2004–1862. Reinhart v. Bur. of Workers' Comp.**

Franklin App. No. 04AP–157. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 16, 2005*

[Cite as *03/16/2005 Case Announcements*, 2005-Ohio-1024.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–1588. State ex rel. Goudreau v. Kilbane–Koch.**

Cuyahoga App. No. 84732. On motion to dismiss as moot. Motion to dismiss as moot sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0055. State ex rel. Reitz v. O'Brien.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.